*Office Docket*, MS p. 149, c. 70. Recorded in *Book A*, MS pp. 296–301.

## JOSEPH REMO *versus* ROBERT SMART

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1820): *Journal 3:* (1) Rule to join in error *p. 86.
PAPERS IN FILE: [None]

## GLADDEN BONNEY *versus* BENJAMIN DOW AND ZEPHANIAH W. BUNCE

JOURNAL ENTRIES (1820–21): *Journal 3:* (1) Rule to plead *p. 86; (2) appearance *p. 197; (3) remand by procedendo ordered *p. 223.
PAPERS IN FILE: (1–2) Precipes for habeas corpus cum causa; (3) writ of habeas corpus; (4) transcript of county court record; (5) recognizance.

*Office Docket*, MS p. 113, c. 12. (Case 12 of 1820)